| | |
|---|---|
| 1 | SHERNOFF BIDART & DARRAS, LLP |
| | Frank N. Darras (SBN: 128904) |
| 2 | Michael B. Horrow (SBN: 162917) |
| | 600 South Indian Hill Boulevard |
| 3 | Claremont, California 91711 |
| | Telephone: (909) 621-4935 |
| 4 | Facsimile: (909) 625-6915 |

Attorneys for Plaintiff
STACY L. RAMIREZ

SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
FACSIMILE: (415) 397-8549

SEYFARTH SHAW LLP
Kristine K. Blanco (SBN: 214250)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY L. RAMIREZ, | **CASE NO. CIV F-04-6219 REC LJO** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE, et al. | |
| Defendants. | |

-1-

Stipulation and [Proposed] Order of Dismissal with Prejudice – Case No. F04-6219 REC LJO

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED, by and between the parties, by and through their
2  respective attorneys of record, that this action shall be dismissed with prejudice, each party to
3  bear their own fees and costs.

4  DATED: July 27, 2005                           SEYFARTH SHAW LLP

6                                                 By  /s/ Lawrence E. Butler
                                                   Attorneys for Defendants
7                                                  METROPOLITAN LIFE INSURANCE
                                                   COMPANY and WELLS FARGO & COMPANY
8                                                  LONG TERM DISABILITY PLAN

10  DATED: July 26, 2005                          SHERNOFF, BIDART & DARRAS

12                                                 By  /s/ Michael Horrow
                                                   Attorneys for Plaintiff
13                                                 STACY L. RAMIREZ

14  IT IS SO ORDERED:

15  Dated:____August 3, 2005  __          /s/ ROBERT E. COYLE_____
                                           HON. ROBERT E. COYLE
16                                         UNITED STATES DISTRICT COURT JUDGE

SF1 28214573.1

-2-

Stipulation and [Proposed] Order of Dismissal with Prejudice – Case No. F04-6219 REC LJO

PDF created with pdfFactory trial version www.pdffactory.com